BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) NO. 2:10-mj-0342 GGH
                                    )
          Plantiff,                 )
                                    ) ORDER TO SEAL CRIMINAL
     v.                             ) COMPLAINT AND SUPPORTING
                                    ) DOCUMENTS
ALVINO LUIS SALMERON, and           )
IVAN LEYVA                          )
                                    )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint and its support documents, the arrest warrants, the request to seal criminal complaint and supporting documents and this order to seal in the above-captioned proceeding shall be filed under seal until further order of the court.

Date: November 18, 2010

EDMUND F. BRENNAN
United States Magistrate Judge

1