BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2:10-mj-342 GGH |
| v. | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| ALVINO LUIS SALMERON, et al., | |
| Defendants. | |

On November 18, 2010, the complaint was filed in the above-referenced case.  Since one of the defendants has now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and this case be unsealed.

DATED: November 23, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                              By:/s/ DANIEL S. McCONKIE
                                 DANIEL S. McCONKIE
                                 Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: November 23, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE