DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IVAN LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0507 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| ALVINO SALMERON, ) | |
| IVAN LEYVA, ) | |
| ) | Date:  February 7, 2011 |
| Defendants. ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference scheduled for February 7, 2011, be vacated and the case continued until March 7, 2011, at 8:30 a.m. for further status conference. This continuance is needed in order to permit counsel to engage in further defense preparation including evaluation of potential motions and possible resolution of the case without trial.  The date

selected also accounts for the period between February 22, 2011, and March 1, 2011, when Mr. Staniels will be out of California and unable to work on this case.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until March 7, 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code T-4, defense preparation and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: February 3, 2011         /S/ *Daniel S. McConkie, Jr.*
                                DANIEL S. MCCONKIE, JR.
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: February 3, 2011         /S/ *Jeffrey L. Staniels*
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                SERGIO MONJARRAS-LOPEZ

Dated: February 3, 2011         /S/ *Thomas A. Johnson*
                                THOMAS A. JOHNSON
                                Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE