THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALVINO SALMERON,<br>IVAN LEYVA<br><br>    Defendants. | Case No.: 2:10-CR-0507-WBS<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:   April 11th, 2011<br>Time:   8:30 a.m.<br>Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 7th, 2011 at 8:30 a.m. is continued to April 11th, 2011 at 8:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney and Jeffrey L. Staniels, Co-Defendant's attorney are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including April 11th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  March 4th, 2011              By:    /s/  Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            ALVINO SALMERON

///

| | | | |
|---|---|---|---|
| 1 | DATED: March 4th, 2011 | By: | /s/ Jeffrey L. Staniels |
| 2 | | | JEFFREY L. STANIELS |
| | | | Attorney for Defendant |
| 3 | | | IVAN LEYVA |

DATED: March 4th, 2011                                BENJAMIN WAGNER
                                                     United States Attorney

                                              By:    /s/ Daniel S. McConkie, Jr.
                                                     DANIEL S. McConkie, Jr.
                                                     Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: March 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE