THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br>ALVINO SALMERON,<br>IVAN LEYVA<br><br>　　　　Defendants. | Case No.: 2:10-CR-0507-WBS<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:　May 23rd, 2011<br>Time:　8:30 a.m.<br>Judge:　Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 11th, 2011 at 8:30 a.m. is continued to May 23rd, 2011 at 8:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, Defendant's attorney and Jeffrey L. Staniels, Co-Defendant's attorney are requesting such continuance in order to continue review of discovery and preparation of counsel.  Mr. Johnson is also in the middle of a homicide trial in State court that began on March 17th, 2011 and is expected to last through the middle of May.

　　It is further stipulated that the period from the date of this stipulation through and including May 23rd, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: April 7th, 2011 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>ALVINO SALMERON |

///

| | | |
|---|---|---|
| DATED: April 7th, 2011 | By: | /s/ Jeffrey L. Staniels<br>JEFFREY L. STANIELS<br>Attorney for Defendant<br>IVAN LEYVA |

| | | |
|---|---|---|
| DATED: April 7th, 2011 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Daniel S. McConkie, Jr.<br>DANIEL S. MCCONKIE, JR.<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE