```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    IVAN LEYVA
 7

 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,    ) No. 2:10-cr-0507 WBS
13                               )
                    Plaintiff,   )
14                               ) STIPULATION AND [PROPOSED] ORDER
         v.                      ) VACATING DATE, CONTINUING CASE
15                               ) AND EXCLUDING TIME
    ALVINO SALMERON,             )
16  IVAN LEYVA,                  )
                                 ) Date:  May 23, 2011
17                  Defendants.  ) Time:  8:30 a.m.
    _____) Judge: Hon. William B. Shubb
18

19
         IT IS HEREBY STIPULATED by and among Assistant United States
20
    Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant
21
    Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva,
22
    and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the
23
    status conference scheduled for May 23, 2011, be vacated and the case
24
    continued until July 18, 2011, at 8:30 a.m. for further status
25
    conference. This continuance is needed in order to permit counsel to
26
    engage in further defense preparation including evaluation of potential
27
    motions and to complete on-going discussion of possible resolution of
28
```

the case without trial.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until July 18, 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code T-4, defense preparation and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: May 18, 2011         /S/ *Daniel S. McConkie, Jr.*
                            DANIEL S. MCCONKIE, JR.
                            Assistant U.S. Attorney
                            Counsel for Plaintiff

Dated: May 18, 2011         /S/ *Jeffrey L. Staniels*
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            SERGIO MONJARRAS-LOPEZ

Dated: May 18, 2011         /S/ *Thomas A. Johnson*
                            THOMAS A. JOHNSON
                            Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE