```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IVAN LEYVA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALVINO SALMERON,<br>IVAN LEYVA,<br><br>  Defendants.<br>_____ | No. 2:10-cr-0507 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  July 18, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference re-scheduled by minute order for August 1, 2011, in lieu of July 18, 2011, be vacated and the case continued until August 8, 2011, at 8:30 a.m. for further status conference.  The date of August 8, 2011, is requested due to the unavailability of Mr. McConkie on August 1, 2011.

1   **IT IS FURTHER STIPULATED** that time for trial be excluded from the
2   filing of this stipulation until August 8, 2011, pursuant to 18 U.S.C.
3   § 1361(h)(7)(A) & (B)(iv), Local Code T-4, for further defense
4   preparation and continuity of counsel.
5   **IT IS SO STIPULATED.**

7   Dated: July 15, 2011                /S/ *Daniel S. McConkie, Jr.*
                                        DANIEL S. MCCONKIE, JR.
8                                       Assistant U.S. Attorney
                                        Counsel for Plaintiff

10  Dated: July 15, 2011                /S/ *Jeffrey L. Staniels*
                                        JEFFREY L. STANIELS
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      SERGIO MONJARRAS-LOPEZ

14  Dated: July 15, 2011                /S/ *Thomas A. Johnson*
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.**

             By the Court,

Dated: July 18, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE