1 DANIEL J. BRODERICK, #89424
Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IVAN LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0507 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER EXCLUDING |
| v. ) | TIME |
| ALVINO SALMERON, ) | |
| IVAN LEYVA, ) | Date: August 8, 2011 |
| ) | Time: 8:30 a.m. |
| Defendants. ) | Judge: Hon. William B. Shubb |
| _____ ) | |

**WHEREAS** the status conference scheduled for August 8, 2011 has been vacated and continued by order of the court; and

**WHEREAS** assigned government counsel is away from his office this week and unable to participate in discussions which have been actively on-going; and

**WHEREAS** defense counsel need additional time to continue preparation for trial or other resolution of this case and have agreed that a status conference be set on this court's calendar on September 19, 2011;

**IT IS THEREFORE STIPULATED** by and among Assistant United States Attorney Richard J. Bender on behalf of Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino

Salmeron, that time for trial be excluded from the filing of this stipulation until September 19, 2011, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code T-4, for further defense preparation and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: August 4, 2011       /S/ *Richard J. Bender for*
                            DANIEL S. MCCONKIE, JR.
                            Assistant U.S. Attorney
                            Counsel for Plaintiff

Dated: August 4, 2011       /S/ *Jeffrey L. Staniels*
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            IVAN LEYVA

Dated: August 4, 2011       /S/ *Thomas A. Johnson*
                            THOMAS A. JOHNSON
                            Attorney for Defendant

**O R D E R**

Based on the unavailability of assigned government counsel and the representations of defense counsel that non-trial discussions are on-going and that further preparation is needed before trial can occur, the court finds that the interests of justice served by granting additional time as requested by counsel until September 19, 2011, outweigh the best interest of the public and the defendants in a speedy trial.

Time for trial under the Speedy Trial Act is therefore excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4, until September 19, 2011.

**IT IS SO ORDERED.**

Dated:   August 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE