```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IVAN LEYVA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0507 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| ALVINO SALMERON, IVAN LEYVA, | Date: September 19, 2011 |
| Defendants. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

**IT IS STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference currently scheduled for September 19, 2011, be vacated and continued until November 7, 2011 for further status conference.  This continuance is requested to permit further defense preparation and continuity of counsel, and to permit completion of on-

going efforts to reach mutually acceptable terms for resolution of the case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from September 19, 2011, through and including November 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: September 15, 2011           /S/ *Daniel S. McConkie*
                                    DANIEL S. MCCONKIE, JR.
                                    Assistant U.S. Attorney
                                    Counsel for Plaintiff

Dated: September 15, 2011           /S/ *Jeffrey L. Staniels*
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    IVAN LEYVA

Dated: September 15, 2011           /S/ *Thomas A. Johnson*
                                    THOMAS A. JOHNSON
                                    Attorney for Defendant

# O R D E R

Based on the representations of counsel that non-trial discussions are on-going and that further preparation is needed before trial can occur, the court finds that the interests of justice served by granting additional time as requested by counsel until November 7, 2011, outweigh the best interest of the public and the defendants in a speedy trial.

Time for trial under the Speedy Trial Act is therefore excluded

pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4, from September 19, 2011 until November 7, 2011.

**IT IS SO ORDERED.**

By the Court,

Dated: September 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE