```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  IVAN LEYVA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-0507 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) | EXCLUDING TIME |
| | ) | |
| ALVINO SALMERON, | ) | |
| IVAN LEYVA, | ) | Date:  December 5, 2011 |
| | ) | Time:  8:30 a.m. |
| Defendants. | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

**IT IS STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference currently scheduled for December 5, 2011, be vacated and continued until January 17, 2012, for further status conference.

 This continuance is requested to permit further defense preparation and continuity of counsel, and particularly to permit completion of on-going efforts to reach mutually acceptable terms for resolution of the case without trial.  The court is advised that a meeting to exchange information deemed central to reaching a mutually agreeable resolution was expected to occur early this week, but could

not occur because both defendants were moved to Nevada County jail without sufficient notice to counsel or the government to arrange for their availability for consultation in connection with such a meeting.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 5, 2011, through and including January 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: December 1, 2011          /S/ *Daniel S. McConkie*
                                 DANIEL S. MCCONKIE, JR.
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff

Dated: December 1, 2011          /S/ *Jeffrey L. Staniels*
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 IVAN LEYVA

Dated: December 1, 2011          /S/ *Thomas A. Johnson*
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant

**O R D E R**

Based on the representations of counsel that discussions expected to produce a non-trial disposition are on-going and that further preparation is needed before trial can occur, the court finds that the interests of justice served by granting additional time as requested by counsel until January 17, 2012,, outweigh the best interest of the public and the defendants in a speedy trial.

The request for a continuance is therefore GRANTED, and time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C.

§3161(h)(7)(B)(iv), Local Code T-4, from December 5, 2011 until January 17, 2012.

**IT IS SO ORDERED.**

By the Court,

Dated: December 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE