1 THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
2 Sacramento, CA  95814
3 Telephone:  (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-CR-0507-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| ALVINO SALMERON, IVAN LEYVA | ) ) ) | Date:    February 21, 2012 Time:    9:30 a.m. Judge:   Hon. William B. Shubb |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for January 17, 2012 at 9:30 a.m. is continued to February 21, 2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L. Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue review of discovery and for preparation of counsel.  All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

It is further stipulated that the period from the date of this stipulation through and including February 21, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

1  **IT IS SO STIPULATED.**

3  DATED:  January 12, 2012               By:     /s/  Thomas A. Johnson
4                                                 THOMAS A. JOHNSON
                                                  Attorney for Defendant
5                                                 ALVINO SALMERON

6  DATED:  January 12, 2012               By:     /s/  Thomas A. Johnson for
7                                                 JEFFREY L. STANIELS
                                                  Attorney for Defendant
8                                                 IVAN LEYVA

9
10 DATED:  January 12, 2012                       BENJAMIN WAGNER
                                                  United States Attorney
11
                                          By:    /s/ Thomas A. Johnson for
12                                                DANIEL S. MCCONKIE, JR.
                                                  Assistant U.S. Attorney

14                                       **ORDER**

15      IT IS HEREBY ORDERED that the January 17, 2012 Status Conference be

16 continued to February 21, 2012 at 9:30 a.m.  The court finds that the ends of justice

18 warrant an exclusion of time and that the defendants' need for continuity and reasonable

19 time for preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS

20 FURTHER ORDERED that time be excluded in computing the time within which trial

22 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii),

23 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

Dated:     January 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE