1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, CA  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant ALVINO SALMERON
4
5
6              IN THE UNITED STATES DISTRICT COURT
7            FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,        )  Case No.: 2:10-CR-0507-WBS
                                    )
10            Plaintiff,             )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE STATUS
                                    )  CONFERENCE
11     vs.                          )
                                    )  Date:   April 30, 2012
12  ALVINO SALMERON,                )  Time:   9:30 a.m.
    IVAN LEYVA                      )  Judge:  Hon. William B. Shubb
13                                   )
              Defendants.
14
15     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the
16  Status Conference scheduled for March 12, 2012 at 9:30 a.m. is continued to April 30,
17  2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United
18  States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L.
19  Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue
20  review of discovery and for preparation of counsel.  All parties stipulate and agree that
21  the ends of justice are served by this continuance outweigh the best interest of the public
22  and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).
23       It is further stipulated that the period from the date of this stipulation through and
24  including April 30, 2012, be excluded in computing the time within which trial must
25  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18
26  U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).
27  The ends of justice served by the continuance outweigh the best interest in the public and
28  the Defendants in a speedy trial.

STIPULATION AND ORDER           - 1 -

1   **IT IS SO STIPULATED.**

3   DATED:  March 9, 2012                          By:     /s/  Thomas A. Johnson
4                                                                  THOMAS A. JOHNSON
                                                                   Attorney for Defendant
5                                                                  ALVINO SALMERON

6   DATED:  March 9, 2012                          By:     /s/  Thomas A. Johnson for
7                                                                  JEFFREY L. STANIELS
                                                                   Attorney for Defendant
8                                                                  IVAN LEYVA

10  DATED:  March 9, 2012                                   BENJAMIN WAGNER
                                                                   United States Attorney

11                                                         By:    /s/ Thomas A. Johnson for
                                                                   DANIEL S. MCCONKIE, JR.
12                                                                 Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED that the March 12, 2012 Status Conference be continued to April 30, 2012 at 9:30 a.m.  The court finds that the ends of justice warrant an exclusion of time and that the defendants' need for continuity and reasonable time for preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS FURTHER ORDERED that time be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

Dated:   March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE