THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALVINO SALMERON,<br>IVAN LEYVA<br><br>　　　　　Defendants. | Case No.: 2:10-CR-0507-WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date:　June 11, 2012<br>Time:　9:30 a.m.<br>Judge:　Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 30, 2012 at 9:30 a.m. is continued to June 11, 2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L. Staniels, attorney for Ivan Leyva, are requesting such continuance in order to continue review of discovery and for preparation of counsel.  Mr. Johnson recently concluded a federal trial and the jury is still deliberating.  All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

　　　It is further stipulated that the period from the date of this stipulation through and including June 11, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

STIPULATION AND ORDER　　　　- 1 -

1  The ends of justice served by the continuance outweigh the best interest in the public and
2  the Defendants in a speedy trial.
3  **IT IS SO STIPULATED.**
4
5  DATED:  April 27, 2012                    /s/THOMAS A. JOHNSON
                                              Attorney for Defendant
6                                             ALVINO SALMERON
7
8  DATED:  April 27, 2012          By:       /s/  Thomas A. Johnson for_____
                                              JEFFREY L. STANIELS
                                              Attorney for Defendant
9                                             IVAN LEYVA
10
11 DATED:  April 27, 2012                    BENJAMIN WAGNER
                                              United States Attorney
12
                                    By:       /s/ Thomas A. Johnson for
13                                            DANIEL S. MCCONKIE, JR.
                                              Assistant U.S. Attorney
14
15
                                **ORDER**
16
17         IT IS HEREBY ORDERED that the April 30, 2012 Status Conference be
18 continued to June 11, 2012 at 9:30 a.m.  The court finds that the ends of justice warrant
19
20 an exclusion of time and that the defendants' need for continuity and reasonable time for
21 preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS FURTHER
22 ORDERED that time be excluded in computing the time within which trial must
23
24 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18
25 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).
26 Dated:        April 30, 2012
27
28                                            WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER           - 2 -