THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Telephone:  (916) 422-4022
Attorney for Defendant ALVINO SALMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVINO SALMERON,<br>IVAN LEYVA<br><br>Defendants. | Case No.: 2:10-CR-0507-WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date:  July 30, 2012<br>Time:  9:30 a.m.<br>Judge:  Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for June 11, 2012 at 9:30 a.m. is continued to July 30, 2012 at 9:30 a.m. in the same courtroom. Daniel S. McConkie, Jr., Assistant United States Attorney, Thomas A. Johnson, attorney for Alvino Salmeron, and Jeffrey L. Staniels, attorney for Ivan Leyva, are requesting the additional time in order to discuss issues relating to the possible resolution, discovery, and other matters in the case.  All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7(A).

It is further stipulated that the period from the date of this stipulation through and including July 30, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

1  The ends of justice served by the continuance outweigh the best interest in the public and
2  the Defendants in a speedy trial.
3  **IT IS SO STIPULATED.**
4
5  DATED:  June 6, 2012          By:   /s/  Thomas A. Johnson
                                        THOMAS A. JOHNSON
6                                       Attorney for Defendant
                                        ALVINO SALMERON
7
8  DATED:  June 6, 2012          By:   /s/  Thomas A. Johnson for
                                        JEFFREY L. STANIELS
                                        Attorney for Defendant
9                                       IVAN LEYVA
10
11 DATED:  June 6, 2012                 BENJAMIN WAGNER
                                        United States Attorney
12
                                 By:   /s/ Thomas A. Johnson for
13                                      DANIEL S. MCCONKIE, JR.
                                        Assistant U.S. Attorney
14
15
## ORDER
16
17     IT IS HEREBY ORDERED that the June 11, 2012, Status Conference be
18 continued to July 30, 2012, at 9:30 a.m.  The court finds that the ends of justice warrant
19 an exclusion of time and that the defendants' need for continuity and reasonable time for
20 preparation exceeds the public interest in a speedy trial.  THEREFORE, IT IS FURTHER
21 ORDERED that time be excluded in computing the time within which trial must
22 commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18
23 U.S.C. § 3161(h)(7)(B)(iv) and Local T4 (reasonable time for preparation of counsel).
24
25 Dated:   June 7, 2012
26
27                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
28