```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IVAN LEYVA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0507 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) EXCLUDING TIME |
| | ) |
| ALVINO SALMERON, | ) |
| IVAN LEYVA, | ) Date:  October 22, 2012 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

**IT IS STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, and Thomas A. Johnson, counsel for Defendant Alvino Salmeron, that the status conference currently scheduled for October 22, 2012, be vacated and continued until November 19, 2012, for further status conference.

This continuance is sought to permit counsel to continue ongoing conversations regarding a possible plea agreement, to review recently received additional discovery, and to consult with clients who are housed in Nevada County. The court is advised that recent discussions

have resulted in substantial progress toward finalizing offers from the government which are expected to be made within the next week or ten days.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from October 22, 2012, through and including November 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: October 19, 2012            /S/ *Daniel S. McConkie*
                                   DANIEL S. MCCONKIE, JR.
                                   Assistant U.S. Attorney
                                   Counsel for Plaintiff

Dated: October 19, 2012            /S/ *Jeffrey L. Staniels*
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   IVAN LEYVA

Dated: October 19, 2012            /S/ *Thomas A. Johnson*
                                   THOMAS A. JOHNSON
                                   Attorney for Defendant

# O R D E R

Based on the representations of counsel, the court finds that the interests of justice served by granting additional time as requested by counsel until November 19, 2012,outweigh the best interest of the public and the defendants in a speedy trial.

The request for a continuance is therefore GRANTED, and time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4, from October 22, 2012 until November 19, 2012.

**IT IS SO ORDERED.**

By the Court,

Dated: October 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE