DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
IVAN LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>IVAN LEYVA,<br><br>              Defendant. | No. 2:10-CR-0507-02 WBS<br><br>STIPULATION AND [~~PROPOSE~~D] ORDER FOR CONTINUANCE FOR IVAN LEYVA ONLY<br><br>Date:  November 19, 2012<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS STIPULATED** by and among Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, that the status conference currently scheduled for November 19, 2012, be vacated and continued until December 3, 2012, for change of plea.

This continuance is sought to permit counsel to review with Mr. Leyva (who is housed in Nevada County) a plea agreement received this date from the government and because of the unavailability of government counsel who negotiated the agreement.

**IT IS FURTHER STIPULATED** that the interests of justice served by

granting this continuance outweigh the interests of Mr. Leyva and of the public in a Speedy Trial and that time for trial under the Speedy Trial Act should therefore be excluded from November 19, 2012, through and including December 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Dated: November 15, 2012          /S/ *Daniel S. McConkie*
                                  DANIEL S. MCCONKIE, JR.
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated: November 15, 2012          /S/ *Jeffrey L. Staniels*
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  IVAN LEYVA

**O R D E R**

Based on the representations of counsel, the court finds that the interests of justice served by granting additional time as requested by counsel until December 3, 2012, outweigh the interests of the public and defendant Leyva in a speedy trial.

The request for a continuance is therefore GRANTED, and time for trial under the Speedy Trial Act is excluded with respect to Mr. Leyva

2

1  pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4, from November
2  19, 2012 until December 3, 2012.
3    **IT IS SO ORDERED.**
4
5                    By the Court,
6
7  Dated: November 16, 2012
8
9  _____
   WILLIAM B. SHUBB
10  UNITED STATES DISTRICT JUDGE

3