DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
IVAN LEYVA


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )   No. 2:10-cr-0507 WBS
                                 )
                Plaintiff,       )
                                 )   STIPULATION AND [~~PROPOSED~~] ORDER
       v.                        )   CONTINUING SENTENCING
                                 )
                                 )
IVAN LEYVA,                      )   Date:  February 19, 2013
                                 )   Time:  9:30 a.m.
                Defendants.      )   Judge: Hon. William B. Shubb
_____ )

        **IT IS STIPULATED** by and between Assistant United States Attorney

Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant Federal

Defender Jeffrey L. Staniels, Counsel for Defendant Ivan Leyva, that

the sentencing proceedings currently scheduled for February 19, 2013,

be vacated and continued until March 11, 2013.

        This continuance is requested to permit an unhurried opportunity

for government counsel to respond, if he so chooses, to the Sentencing

Memorandum filed yesterday, February 14, 2013, on behalf of Mr. Leyva,

and also to permit unhurried consideration of all memoranda by the

court.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2    Trial Act is not implicated expressly by this requested continuance,

3    and that the time requested is limited to a reasonable period under the

4    circumstances.

5    **IT IS SO STIPULATED.**

6

7    Dated: February 15, 2013           /S/ Daniel S. McConkie
                                        DANIEL S. MCCONKIE, JR.
8                                       Assistant U.S. Attorney
                                        Counsel for Plaintiff
9

10   Dated: February 15, 2013           /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      IVAN LEYVA

13

14                              **O R D E R**

15

16        The request for a continuance is GRANTED.  Sentencing proceedings

     are hereby continued from February 19, 2013 until March 11, 2013 at
17
     9:30 a.m.
18
          **IT IS SO ORDERED.**
19
                         By the Court,
20

21

     Dated: February 15, 2013
22

23

24   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
25

26

27

28