IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>IVAN LEYVA,<br><br>    Defendant. | Case №: 2:10-cr-00507-WBS<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The court appointed the Federal Defender to represent defendant on June 21, 2018. The Federal Defender has determined it cannot represent Mr. Leyva. CJA Panel attorney Clemente Jimenez is hereby appointed effective June 25, 2018, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 6/26/2018

                                       */s/ Edmund F. Brennan*
                                 HON. EDMUND F. BRENNAN
                                 United States Magistrate Judge

ORDER APPOINTING COUNSEL