UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 30, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

IVAN LEYVA,

Defendant.

Case No. 2:10-CR-00507-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  IVAN LEYVA ,

Case No.  2:10-CR-00507-WBS  Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Defendant was sentenced to a term of TIME SERVED.

Issued at Sacramento, California on July 30, 2018 at 9:20

By: _____

Senior District Judge William B. Shubb